

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00301-CV

**IN THE MATTER OF THE MARRIAGE OF AUBREY DWAYNE GARRETT AND DEANN CHERYL GARRETT AND IN THE INTEREST OF R.B.G., A CHILD**

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 87987-E, Honorable Douglas Woodburn, Presiding

December 22, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, DeAnn Cheryl Garrett, has filed a motion to voluntarily dismiss her appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam